IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

MARSHALL WALLMAN,          )
                             )
         Plaintiff,    )         8:12CV366
                             )
        v.             )
                             )
THE LAW OFFICES OF JOHN P.  )         ORDER
FRYE, P.C., BRANDI DOE,     )
NICHOLE DOE and KALA DOE,   )
                             )
         Defendants.   )
_____)

       This matter is before the Court on the stipulation to extend the time to respond between the parties (Filing No. 5). Pursuant thereto,

       IT IS ORDERED that the stipulation is approved and adopted; defendants shall have until December 13, 2012, to respond to plaintiff's complaint.

       DATED this 14th day of November, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court