IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARSHALL WALLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV366 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LAW OFFICES OF JOHN P. FRYE, P.C., BRANDI DOE, NICHOLE DOE and KALA DOE, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 8). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. This action is dismissed with prejudice, each party to bear their own fees and costs.

DATED this 14th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court